PETER R. DION-KINDEM (SBN 95267)
PETER R. DION-KINDEM, P. C.
DION-KINDEM & CROCKETT
21271 Burbank Blvd., Suite 100
Woodland Hills, California 91367
Telephone: (818) 883-4400
Fax: (818) 676-0246

Attorneys for Plaintiff Barry Rosen

FILED
2007 NOV 13 PM 2:07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Barry Rosen,

    Plaintiff,

vs.

GoDaddy.com, Inc.; and Does 1 through 100,

    Defendants.

Case No. CV07-07431DDP (FFMx)

**Complaint for Damages for Violation of Copyright**

**Demand for Jury Trial**

Plaintiff Barry Rosen ("Plaintiff") alleges on information and belief:

**JURISDICTION AND VENUE**

1. ***Jurisdiction.*** This action arises under the Copyright Act, 17 U.S.C. § 101 *et seq*. This Court has original subject matter jurisdiction over all claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2. ***Venue.*** Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (b), (c), and § 1400(a).

3. ***Personal Jurisdiction.*** Personal jurisdiction is proper over the Defendants because they either reside in California or the wrongful activity at issue concerns Defendants' operation of commercial businesses through which Defendants knowingly transact business and enter into contracts with individuals in California, including within the County of Los Angeles. Each of the Defendants, therefore, has purposefully availed itself

Complaint

1

of the privilege of doing business in California, and material elements of Defendants' wrongdoing occurred in this State.

4. Plaintiff is a professional photographer.

5. The Defendants designated herein as Does 1 through 100 are presently unknown to Plaintiff. The true names, identities and capacities, and the respective relationship of the Doe Defendants to the known Defendants are presently unknown to Plaintiff, who sues said Doe Defendants by such fictitious names. The Doe Defendants are believed to be individuals or entities who are involved in the acts set forth below, either as independent contractors, suppliers, agents, servants or employees of the known defendants, or through entering into a conspiracy and agreement with the known Defendants to perform these acts, for personal gain or in furtherance of his or her own financial advantage in violation of Plaintiff's rights. Plaintiff will request leave of Court to amend this Complaint to set forth their true names, identities and capacities upon ascertaining the same. The Doe Defendants and the known defendants are referred to hereinafter collectively as Defendants.

6. Each of the Doe Defendants has been or is the principal, officer, director, agent, employee, representative, and/or co-conspirator of each of the other Defendants and in such capacity or capacities participated in the acts or conduct alleged herein and incurred liability therefor. Each of the Doe Defendants engaged in the acts alleged hereinafter with the knowledge, consent, authorization, ratification and approval of each other Defendant. In taking the actions described below, Defendants acted for personal gain or in furtherance of their own financial advantage.

**FIRST CLAIM FOR RELIEF**

**(Copyright Infringement – 17 U.S.C. § 101 et seq.**

**Against Defendant GoDaddy.com, Inc. and Does 1 through 100.)**

7. Plaintiff realleges and incorporates herein by reference each and every allegation of paragraphs 1 through 6 as though fully set forth herein.

8. GoDaddy.com, Inc. ("GoDaddy") is believed to be an Arizona corporation which owns and operates the internet website located at GoDaddy.com. GoDaddy is a website hosting service, hosting such websites as celebshirts.com, arizonatoucan.com, celeb-cds.com, and celebrityphotocds.com, among others.

9. Plaintiff created photographs ("Plaintiff Copyrighted Works"). Each of the Plaintiff Copyrighted Works consists of material original with Plaintiff and each is copyrightable subject matter.

10. Plaintiff is the owner of all right, title, and interest to each of the Plaintiff Copyrighted Works. Plaintiff has registered the copyrights for Plaintiff Copyrighted Works and has been issued the following United States copyright certificates:

| *Copyright Registration No.* | *Title of Work* |
| --- | --- |
| VA 1-230-933 | Gena Lee Nolin from Published Works 2000 Pt 1 |
| VA 1-239-752 | Anna Kournikova 4 |
| VA 1-239-753 | Anna Kournikova 3 |
| VA 1-239-754 | Anna Kournikova 9 |
| VA 1-239-755 | Anna Kournikova 8 |
| VA 1-239-756 | Anna Kournikova 6 |
| VA 1-239-757 | Anna Kournikova 7 |
| VA 1-239-758 | Anna Kournikova 13 |
| VA 1-239-760 | Anna Kournikova 14 |
| VA 1-239-761 | Anna Kournikova 15 |
| VA 1-239-763 | Anna Kournikova 11 |
| VA 1-239-764 | Anna Kournikova 10 |
| VA 1-239-765 | Anna Kournikova 12 |
| VA 1-239-767 | Anna Kournikova 1 |
| VA 1-239-770 | Anna Kournikova 5 |
| VA 1-239-943 | Anna Kournikova 19 |
| VAu590-412 | Kournikova Unpublished |

**Complaint**

| | |
|---|---|
| VA 1-230-933 | Ali Landry from Published Works 2000 Pt 1 |
| VA 1-230-935 | Sofia Vergara from Published Works 2001 Pt 1 |
| VA 1-230-937 | Tracy Bingham from Published Works 1991 Pt 1 |
| VAu660-263 | Ali Landry |

11. Under Section 106 of the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.* (the "Copyright Act"), Plaintiff has the distinct, severable, and exclusive rights to, among other things, reproduce, distribute and publicly display Plaintiff Copyrighted Works. (17 U.S.C. §§ 106(1), (3), and (5).)

12. Defendants, without Plaintiff's permission, consent or authority, made and/or caused to be made unauthorized copies of the Plaintiff Copyrighted Works. Defendants' conduct constitutes direct infringement of Plaintiff's exclusive rights under the Copyright Act to reproduce the Plaintiff Copyright Works.

13. Defendants, without Plaintiff's permission, consent or authority, publicly displayed and/or facilitated the public display of the Plaintiff Copyrighted Works by showing or causing to be shown images of these works on internet websites. Defendants' conduct constitutes direct infringement of Plaintiff's exclusive rights under the Copyright Act to publicly display the Plaintiff Copyright Works.

14. Defendants' conduct constitutes infringement of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff Copyrighted Works in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Users of Defendants' websites have infringed and are infringing Plaintiff's rights in the Plaintiff Copyrighted Works by, *inter alia*, uploading infringing copies of the Plaintiff Copyrighted Works onto such users' websites and publicly displaying and distributing or purporting to authorize the distribution of infringing copies of the Plaintiff Copyrighted Works. Such users are therefore directly infringing Plaintiff's exclusive rights of reproduction, distribution and public display under 17 U.S.C. sections 106(1), (3) and (5).

16. Defendants have engaged and continue to engage in the business of knowingly and systematically inducing, causing, and/or materially contributing to the unauthorized reproduction, public display, and/or distribution of copies of the Plaintiff Copyrighted Works by users of Defendants' websites and thus to the direct infringement of the Plaintiff Copyrighted Works.

17. Defendants enable, induce, facilitate, and materially contribute to each act of infringement by infringing users. Defendants' conduct constitutes contributory infringement of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff Copyrighted Works in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. sections 106 and 501.

18. Defendants have, and have had, the right and ability to supervise and/or control the infringing conduct alleged above, including by terminating links to such websites, but have failed and refused to exercise such supervision and/or control. As a direct and proximate result of such failure and refusal, Defendants and infringing users have infringed Plaintiffs' copyrights in the Plaintiff Copyrighted Works, as set forth above. Defendants have derived a direct financial benefit from fees charged to users and from the increased traffic to Defendants' websites resulting from the "draw" of the Plaintiff Copyrighted Works.

19. Defendants' conduct constitutes vicarious infringement of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff Copyrighted Works in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

20. The infringement of Plaintiff's rights in and to each of the Plaintiff Copyrighted Works constitutes a separate and distinct act of infringement.

21. Defendants' acts of infringement have been willful, intentional, and purposeful, in reckless disregard of and with indifference to Plaintiff's rights.

22. As a direct and proximate result of the infringements by Defendants of Plaintiff's copyrights and exclusive rights under copyright in the Plaintiff Copyrighted Works,

1  Plaintiff is entitled to its actual damages and Defendants' profits pursuant to 17 U.S.C. section 504(b).

23. Alternatively, at Plaintiff's election, Plaintiff is entitled to the maximum statutory damages pursuant to 17 U.S.C. section 504©) with respect to each work infringed or such other amounts as may be proper under 17 U.S.C. section 504©).

24. Defendants' conduct is causing and, unless enjoined and restrained by this Court, will continue to cause, Plaintiff great and irreparable injury that cannot fully be compensated in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. section 502, Plaintiff is entitled to injunctive relief prohibiting further infringements of Plaintiff's copyrights.

25. Plaintiff further is entitled to Plaintiff's attorneys' fees and costs pursuant to 17 U.S.C. section 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants and each of the Doe Defendants as follows:

1. That Defendants, their officers, agents, servants, employees, representatives, successors, and assigns, and all persons in active concert or participation with them, be enjoined from:

   A.  copying, reproducing, distributing, adapting, or publicly displaying the Plaintiff Copyrighted Works;

   B.  posting Plaintiff copyrighted photographs on the internet;

   C.  inducing, causing, materially contributing to, and profiting from the foregoing acts committed by others.

2. That Defendants be ordered to destroy all photographs, documents, and other items, electronic or otherwise, in its possession, custody, or control, that infringe the copyrights of Plaintiff.

3. That Defendants be ordered to remove all links between their website and all websites that display or offer to distribute or copy authorized copies of Plaintiff Protected Works and be prohibited from performing advertising and linking functions for such websites.

4. For restitution in the amount of the benefit to Defendants by reason of their unlawful conduct.

5. For Plaintiff's actual damages.

6. For an full accounting under supervision of this Court of all profits, income, receipts, or other benefits derived by Defendants as a result of their unlawful conduct.

7. For statutory damages under the Copyright Act.

8. For prejudgment interest.

9. For attorneys' fees and full costs.

10. For such other and further relief as this Court deems just and appropriate.

Dated: November 12, 2007

DION-KINDEM & CROCKETT

BY: _____
PETER R. DION-KINDEM, P.C.
PETER R. DION-KINDEM,
Attorneys for Plaintiff Barry Rosen

**Complaint**

7

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial in this case.

Dated: November 12, 2007

DION-KINDEM & CROCKETT

BY: *[signature]*
PETER R. DION-KINDEM, P.C.
PETER R. DION-KINDEM,
Attorneys for Plaintiff Barry Rosen

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21271 Burbank Blvd., Suite 100 Woodland Hills, CA 91367.

On November 16, 2007 I served the following document(s) described as

**Summons, Complaint, Notice of Assignment.**

on interested parties in this action an original or true copy thereof enclosed in a sealed envelope addressed as follows:

*See Attachment*

STATE

☐ (By FAX) I transmitted, via facsimile, said documents to the telecopier numbers listed herein.

☑ (By Mail) I deposited such envelope with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Los Angeles, California.

☐ (By Mail) I am readily familiar with my firm's or other business' practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service that same day. I placed true copies of the above entitled document in envelopes addressed as shown above and sealed and placed them for collection and mailing on the date stated below, following ordinary business practices.

☐ (BY PERSONAL SERVICE)   ☐ By Personally delivering copies to the person served.
  ☐ I delivered such envelope by hand to the offices of the addressee pursuant to CCP§1011.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 16, 2007 at Woodland Hills, California.

_____
Evelyn Ocaña

**Proof of Service**

PETER R. DION-KINDEM, P.C.

**Attachment to Proof of Service**

David Kramer
Tait Graves
Bart E. Volkmer
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

*Attorneys for Defendant and
Counterclaimant GODADDY.COM, Inc
Tel:650-493-9300
Fax:650-565-5100*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETER R. DION- KINDEM, P.C.

**Proof of Service**
1

Peter R. Dion-Kindem (SBN 95267)
Peter R. Dion-Kindem, P. C.
21271 Burbank Blvd., Suite 100
Woodland Hills, California 91367
Telephone: (818) 883-4400
Fax:   (818) 676-0246

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Barry Rosen | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. GoDaddy.com, Inc.; and Does 1 through 100 | CV07-07431 DDP (FFMx) |
| DEFENDANT(S). | SUMMONS |

TO:   THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
Peter R. Dion-Kindem, whose address is:

21271 Burbank Blvd., Suite 100
Woodland Hills, California 91367

an answer to the  ☒ complaint  ☐_____amended complaint  ☐ counterclaim  ☐ cross-claim
which is herewith served upon you within __20__ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Dated: **NOV 1 3 2007**

Clerk, U.S. District Court

By: **KENDRA BRADSHAW**
Deputy Clerk

(Seal of the Court)

CV-01A (01/01)                                        SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Barry Rosen | GoDaddy.com, Inc.; and Does 1 through 100 |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
|---|---|
| Los Angeles | |

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Peter R. Dion-Kindem, Dion-Kindem & Crockett<br>21271 Burbank Blvd., Suite 100<br>Woodland Hills, California 91367<br>Telephone: (818) 883-4400 | Tait Graves<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
violation of copyright; Copyright Act, 17 USC § 101 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☐ No ☒ Yes
If yes, list case number(s): this claim was severed from case no. 07-cv-03475 ER (FFMx)

**FOR OFFICE USE ONLY:** Case Number: _____

| CV-71 (07/05) | CIVIL COVER SHEET | Page 1 of 2 |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☐ No  ☑ Yes

If yes, list case number(s): 07-cv-03475 ER (FFMx)

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☑ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
Los Angeles

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
Arizona

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
Los Angeles

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_    Date 11/12/07

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |