1  DAVID H. KRAMER, State Bar No. 168452
   CHARLES T. GRAVES, State Bar No. 197923
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  Email: dkramer@wsgr.com

6  Attorneys for Defendant and Counterclaimant
   GODADDY.COM, INC.
7
   PETER R. DION-KINDEM, State Bar No. 95267
8  DION-KINDEM & CROCKETT
   21271 Burbank Blvd. Suite 100
9  Woodland Hills, CA 91367
   Telephone: (818) 883-4400
10 Facsimile: (818) 676-0246
   Email: peter@dkclaw.com
11
   Attorneys for Plaintiff and Counterdefendant
12 BARRY ROSEN

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15 BARRY ROSEN,                    )   CASE NO.: 07-cv-07431 DDP
                                   )   (FFMx)
16          Plaintiff,             )
                                   )   **JOINT NOTICE OF**
17     v.                          )   **VOLUNTARY DISMISSAL**
                                   )   **PURSUANT TO FRCP**
18 GODADDY.COM, INC.               )   **41(a)(1)**
                                   )
19          Defendants.            )
                                   )
20 _____  )
                                   )
21 GODADDY.COM, INC.,              )
                                   )
22          Counterclaimant,       )
                                   )
23     v.                          )
                                   )
24 BARRY ROSEN,                    )
                                   )
25          Counterdefendant.      )
                                   )
26 _____  )

27

28

JOINT NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41(A)(1)
CASE NO: 07-CV-07431

3325928_1.DOC

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), and subject to the terms and conditions of a confidential settlement agreement entered into between the parties ("Settlement Agreement"), Barry Rosen, Plaintiff in Civil Action No. 07-cv-07431 DDP (FFMx), styled *Rosen v. GoDaddy.com, Inc.*, filed in the Central District of California, voluntarily dismisses, with prejudice, his claims against GoDaddy.com, Inc. ("GoDaddy"). In turn, GoDaddy voluntarily dismisses, with prejudice, its counterclaims against Mr. Rosen.

Pursuant to the terms of the Settlement Agreement, both parties request that this Court retain exclusive jurisdiction over any and all disputes that may arise out of such Settlement Agreement. All attorneys' fees and costs of court are to the borne by the party that incurred them.

Dated: April 1, 2009 ~~March __, 2008~~   DION-KINDEM & CROCKETT

By: _____
Peter Dion-Kindem

Attorneys for Plaintiff Barry Rosen

Dated: April 1, ~~March __~~, 2008   WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Charles T. Graves

Attorneys for Defendant
GoDaddy.com, Inc.